Kathleen B. Alvarado (SB# 165698)
J. Philip Martin (SB #55100)
LAW OFFICES OF KATHLEEN B. ALVARADO
234 Van Ness Avenue
San Francisco, CA  94102-4515
Telephone: (415) 431-9403
Facsimile: (415) 431-3998

Attorneys for Plaintiff CHERYLE TILLMAN

PLACER COUNTY COUNSEL'S OFFICE
Valerie D. Flood (SB #126639)
David K. Huskey (SB #109329)
175 Fulweiler Avenue
Auburn, CA  95603
Telephone:  (530) 889-4044
Fax:  (530) 889-4049

Attorneys for Defendant COUNTY OF PLACER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYLE TILLMAN, <br><br> Plaintiff, <br> vs. <br><br> JOHN MENDES, an individual; PLACER COUNTY COURTS; COUNTY OF PLACER; JUDGES OF THE PLACER COUNTY COURT; STATE OF CALIFORNIA; and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: No. CIV.S 02-2462 MCE PAN <br><br> **STIPULATION AND REQUEST TO CONDUCT MAY 23, 2005 STATUS CONFERENCE BY PHONE AND ORDER** <br><br> **Date:** May 23, 2005 <br> **Time:** 9:00 a.m. <br> **Courtroom:** 3 <br> **Judge:** Honorable Morrison C. England Jr. |

The parties, Plaintiff Cheryle Tillman ("Plaintiff") and Defendant County of Placer ("Defendant"), by and through their counsel of record, submit the following proposed order:

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that both parties are permitted to appear by phone for the May 23, 2005 Status Conference.

**IT IS SO ORDERED.**

Dated: May 24, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE