UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHERYLE TILLMAN,

        Plaintiff,

  v.

JOHN MENDES, an individual;
PLACER COUNTY COURTS; COUNTY
OF PLACER; JUDGES OF THE
PLACER COUNTY COURT; STATE OF
CALIFORNIA; and DOES 1-20,
inclusive,

        Defendants.

NO. 2:02-cv-2462-MCE-PAN

ORDER OF DISMISSAL

----oo0oo----

    By Memorandum and Order filed October 6, 2005, this Court dismissed Plaintiff's sole federal claim, which alleged a violation of 42 U.S.C. § 1983 against Defendants herein. Plaintiff was granted twenty (20) days leave to amend but has not filed any amended pleading. Consequently, Plaintiff's First Cause of Action, for violation of § 1983, is dismissed, with prejudice.

1

1  Because this Court, in the exercise of its discretion,
2 elects not to exercise supplemental jurisdiction over the
3 remaining six causes of action, which all allege claims sounding
4 under state law, only, those claims are dismissed, without
5 prejudice.  <u>Schneider v. TRW, Inc.</u>, 938 F.2d 986, 993-94 (9th
6 Cir. 1991)(district court has wide discretion in deciding whether
7 or not to retain supplemental jurisdiction after dismissal of the
8 federal claim); <u>Bass v. Parkwood Hosp.</u>, 180 F.3d 234, 246 (5th
9 Cir. 1999) (dismissal of state claims upon federal court's
10 declination of supplemental jurisdiction should be without
11 prejudice).  The Clerk of the Court is hereby directed to close
12 this case.

14  IT IS SO ORDERED.

16 DATED: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE